## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
:
Patricia Arrigal,                                          :
                                                          :   Civil Action No.:  1:10-cv-10959 -NMG
                                                          :
                           Plaintiff,                     :
              v.                                          :
                                                          :
Pinnacle Financial Group; and DOES 1-10,                  :
inclusive,                                                :
                                                          :
                           Defendant.                     :
_____  :

### STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in

the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent

person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their

respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action

is hereby discontinued against Pinnacle Financial Group with prejudice, without costs to any

party and waiving all rights of appeal.

Patricia Arrigal                              Pinnacle Financial Group


   /s/ Sergei Lemberg                            /s/ Andrew M. Schneiderman


Sergei Lemberg, Esq.                          Andrew M. Schneiderman
BBO No.: 650671                               Hinshaw & Culbertson LLP
LEMBERG & ASSOCIATES                          One International Place
1100 Summer Street, 3rd Floor                 3rd Floor
Stamford, CT  06905                           Boston, MA 02110
(203) 653-2250                                (617) 213-7000
Attorney for Plaintiff                        Attorney for Defendant


_____
SO ORDERED

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2011, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By  /s/ Sergei Lemberg

Sergei Lemberg